# Court of Appeals of the State of Georgia

ATLANTA,  February 28, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1234. VILLA SONOMA AT PERIMETER SUMMIT CONDOMINIUM ASSOCIATION, INC. v. COMMERCIAL INDUSTRIAL BUILDING OWNERS ALLIANCE, INC. et al.**

The plaintiff Villa Sonoma at Perimeter Summit Condominium Association, Inc. filed a civil action against multiple defendants for breach of contract and bad faith in connection with fire and water damage at the condominium. On December 15, 2017, the trial court entered three orders: (1) dismissing counts 4, 6, 7, and 8 of the Plaintiff's Second Amended Complaint as to the insurance company defendants, (2) dismissing count 1 of the Plaintiff's Second Amended Complaint as to Great Lakes Reinsurance, and (3) dismissing Commercial Industrial Building Owners Alliance, Inc. and Claims Adjusting Group, Inc. from the case. The plaintiff then filed this direct appeal. We, however, lack jurisdiction.

"In a case involving multiple parties or multiple claims, a decision adjudicating fewer than all the claims or the rights and liabilities of less than all the parties is not a final judgment." *Johnson v. Hosp. Corp. of America*, 192 Ga. App. 628, 629 (385 SE2d 731) (1989) (punctuation and citation omitted). Although the trial court dismissed a number of the plaintiff's claims, totally dismissed two defendants, and styled its orders as "final," it is clear from the record that multiple parties and claims remain for adjudication. "In such circumstances, there must be an express determination under OCGA § 9-11-54 (b) or there must be compliance with the interlocutory appeal requirements of OCGA § 5-6-34 (b). Where neither of these code sections [is] followed, the appeal is premature and must be dismissed." Id. (punctuation omitted).

The orders in this case did not direct the entry of judgment pursuant to OCGA § 9-11-54 (b). Therefore, the challenged orders are not final orders, and they are appealable only through the interlocutory appeal procedures set forth in OCGA § 5-6-34 (b). See id.; *Shoenthal v. Shoenthal*, 333 Ga. App. 729, 730 (776 SE2d 663) (2015). Because the plaintiff did not comply with those procedures, this appeal is hereby DISMISSED.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,__02/28/2018_____
        I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
        Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____, Clerk.